| | |
|---|---|
| 1 | ERIN M. BOSMAN (CA SBN 204987) |
|   | EBosman@mofo.com |
| 2 | JULIE Y. PARK (CA SBN 259929) |
|   | JuliePark@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive |
| 4 | San Diego, California  92130-2040 |
|   | Telephone:   858.720.5100 |
| 5 | Facsimile:    858.720.5125 |
| 6 | Attorneys for Defendant |
|   | MCKESSON CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL CROSBY, individually and as Successor-In-Interest of the ESTATE OF GWENDOLYN CROSBY, | Case No. 1:16-cv-06306-NJV |
| Plaintiff, | **DEFENDANT MCKESSON CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| MCKESSON CORPORATION, a Delaware corporation; and BRISTOL-MYERS SQUIBB, a Delaware corporation; and PFIZER INC., a Delaware corporation; AND DOES 1-100, INCLUSIVE, | Judge:  Hon. Nandor J. Vadas |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant McKesson Corporation ("McKesson") respectfully submits the following corporate and business entity disclosure statement:

1. McKesson Corporation is a publicly traded company.

2. McKesson has no parent company and no publicly held corporation owns 10% or more of its stock.

Further, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 14, 2016        MORRISON & FOERSTER LLP


By: /s/ Erin M. Bosman
    Erin M. Bosman

    Attorneys for Defendant
    MCKESSON CORPORATION